**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Deanna Buchholz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| North Star Mutual Insurance Company, | ) | |
| | ) | Case No. 1:12-cv-101 |
| Defendant. | ) | |

Before the court is the plaintiff's motion for attorney Paula M. Jossart to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paula M. Jossart has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 19) is **GRANTED**. Attorney Paula M. Jossart is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge