**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Deanna Buchholz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Star Mutual Insurance Company, | ) | Case No. 1:12-cv-101 |
| | ) | |
| Defendant. | ) | |

On February 13, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 23) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs or disbursements to any party.

Dated this 14th day of February, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court